UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:25-cv-20956-LEIBOWITZ/AUGUSTIN-BIRCH

**ODELYS ECHEVARRIA,**

    *Plaintiff*,

*v.*

**GOODWILL INDUSTRIES
OF SOUTH FLORIDA, INC.,**

    *Defendant.*

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court on the Report and Recommendation on the parties' Joint Motion to Approve Settlement Agreement [ECF No. 26] ("the R&R"). The R&R recommends that the Court dismiss this action with prejudice. [ECF No. 26 at 3]. The undersigned previously referred the Motion to U.S. Magistrate Judge Augustin-Birch for a report and recommendation, consistent with 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72, and Rule 1(d) of the Local Magistrate Judge Rules. [ECF No. 22]. Defendants did not file objections to the R&R. Having reviewed the Motion, the record, the Report and Recommendation, the governing law and finding no error, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation [ECF No. 26] is **AFFIRMED** and **ADOPTED** and fully incorporated herein.

2. This action is hereby **DISMISSED WITH PREJUDICE.**

3. The Clerk is instructed to **CLOSE** this case. All existing deadlines are **TERMINATED**, and pending motions, if any, are **DENIED AS MOOT**.

**DONE AND ORDERED** in the Southern District of Florida on November 12, 2025.

**DAVID S. LEIBOWITZ**  
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record